UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Darrell E. Hill,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:20-cv-2270

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

Magistrate Judge Vascura, to whom this case was referred, issued a Report and Recommendation ("R&R") recommending the Court reverse the Commissioner of Social Security's non-disability determination and remand this case under Sentence Four of 42 U.S.C. § 405(g) for further consideration after she discovered that the Administrative Law Judge had relied, in part, on the wrong patient's medical records. R&R, ECF No. 28.

The R&R notified the parties of their right to object and that failure to do so would amount to a waiver of both the party's right to *de novo* review by the Undersigned and the party's right to appeal a decision by the Undersigned adopting the R&R. *Id.* at 8. The time for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R, **REVERSES** the Commissioner's decision, and **REMANDS** this case pursuant to Sentence Four of 42 U.S.C. § 405(g) for further consideration.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT